*In re* VERÓNICA RUBÍ IGLESIAS.

*Número:* TS-10068          *Resuelto:* 1ro de abril de 1997

*Carmen R. Cintrón Ferrer, Directora Ejecutiva del Colegio de Abogados de Puerto Rico; Verónica Rubí Iglesias, pro se.*

## RESOLUCIÓN

Vista la solicitud de inactivación voluntaria presentada por la peticionaria la Lcda. Verónica Rubí Iglesias el 17 de diciembre de 1996, y examinada la Moción Informativa que fue presentada por el Colegio de Abogados de Puerto Rico el 20 de febrero de 1997, *el Tribunal autoriza la inactivación voluntaria de la peticionaria de epígrafe como miembro activo del Colegio de Abogados de Puerto Rico y, por ende, del ejercicio de la profesión de la abogacía en Puerto Rico.*

Lo acordó el Tribunal y certifica el señor Secretario del Tribunal Supremo.

*(Fdo.)* Francisco R. Agrait Lladó
*Secretario del Tribunal Supremo*